A09A1480. ATHENS-CLARKE COUNTY BOARD OF TAX ASSESSORS v. NUCI PHILLIPS MEMORIAL FOUNDATION, INC.
(716 SE2d 578)

SMITH, Presiding Judge.

In *Nuci Phillips Memorial Foundation v. Athens-Clarke County Bd. of Tax Assessors*, 288 Ga. 380 (703 SE2d 648) (2010), the Supreme Court reversed the judgment of this court. We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Phipps, P. J., and Dillard, J., concur.*

DECIDED AUGUST 25, 2011.

---

*William C. Berryman, Jr., Amy S. Gellins*, for appellant.
*Timmons, Warnes & Anderson, James C. Warnes II*, for appellee.